# U.S. District Court
## Western District of North Carolina (Charlotte)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00043

| | |
|---|---|
| Flanagan v. AU Optronics Corp., et al | Date Filed: 01/30/2007 |
| Assigned to: David Keesler | Jury Demand: Plaintiff |
| Cause: 15:25 Clayton Act | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Donna Jeanne Flanagan**  represented by  **James F. Wyatt, III**
*on behalf of herself and all others*  Wyatt & Blake, LLP
*similarly situated in the State of North*  435 E. Morehead St.
*Carolina*  Charlotte, NC 28202
  704-331-0767
  Fax: 704-331-0773
  Email: jfw@wyattlaw.net
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp, America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Fujitsu Limited,Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**IDTech Co., Ltd.**

**Defendant**

**IDTech USA, Inc.**

**Defendant**

**IPSA Alpha Technology, Ltd.**

**Defendant**

**LG.Philips LCD Co., Ltd.**

**Defendant**

**LG.Philips LCD America, Inc.**     represented by    **William Lawrence Rikard, Jr.**
Parker, Poe, Adams & Bernstein
Three Wachovia Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
704-335-9011
Fax: 704-334-4706
Email: williamrikard@parkerpoe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matsushita Electric Industrial Co., Ltd.**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company Ltd.**

**Defendant**

**Samsung Electronics America**

**Defendant**

**Sanyo Electric Co., Ltd.**

**Defendant**

**Sanyo North America Corporation**     represented by **Debbie Weston Harden**
Womble, Carlyle, Sandridge & Rice, PLLC
One Wachovia Center, Suite 3500
301 South College St.
Charlotte, NC 28202
704-331-4943
Fax: 704-338-7813
Email: dharden@wcsr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Sony Corporation**     represented by **Raboteau Terrell Wilder, Jr.**

|  |  |
|---|---|
| *TERMINATED: 03/02/2007* | Nelson Mullins Riley & Scarborough LLP<br>100 N. Tryon St., 42nd Floor<br>Bank of America Corporate Center<br>Charlotte, NC 28202-4000<br>704-417-3120<br>Fax: 704-377-4814<br>Email: rob.wilder@nelsonmullins.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Sony Corporation of America**
*TERMINATED: 03/02/2007*

represented by **Raboteau Terrell Wilder, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sony Electronics, Inc.**
*TERMINATED: 03/02/2007*

represented by **Raboteau Terrell Wilder, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc.**

**Defendant**

**Toshiba Matsushita Display Technology Co., Ltd**

**Defendant**

**John Does 1-100**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2007 | 1 | COMPLAINT *Donna Jeanne Flanagan* against AU Optronics Corp., AU |

|  |  |  |
|---|---|---|
|  |  | Optronics Corp, America, Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd., Fujitsu Limited,Inc., Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., IDTech Co., Ltd., IDTech USA, Inc., IPSA Alpha Technology, Ltd., LG.Philips LCD Co., Ltd., LG.Philips LCD America, Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company Ltd., Samsung Electronics America, Sanyo Electric Co., Ltd., Sanyo North America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Sony Corporation, Sony Corporation of America, Sony Electronics, Inc., S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America, Inc., Toshiba Matsushita Display Technology Co., Ltd, John Does 1-100 ( Filing fee $ 350 receipt number 294539.), filed by Donna Jeanne Flanagan.(Wyatt, James) (Entered: 01/30/2007) |
| 01/31/2007 | 3 | Summons Issued Conventionally as to Fujitsu America, Inc., Hitachi America, Ltd., IDTech USA, Inc., LG.Philips LCD America, Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., Samsung Electronics America, Sanyo North America Corporation, Epson America, Inc., Sharp Corporation, Sharp Electronics Corporation, Sony Corporation, Sony Corporation of America, Sony Electronics, Inc., S-LCD Corporation, Syntax-Brillian Corp., Toshiba America, Inc., AU Optronics Corp, America, Chi Mei Optoelectronics USA, Inc.. (chh) (Entered: 02/16/2007) |
| 02/02/2007 |  | Case Assigned to Judge David Keesler. *This is your only notice - you will not receive a separate document.*(apb) (Entered: 02/02/2007) |
| 02/07/2007 | 2 | Corporate Disclosure Statement by Donna Jeanne Flanagan (Wyatt, James) (Entered: 02/07/2007) |
| 02/23/2007 | 4 | First MOTION for Extension of Time to File Answer re 1 Complaint,,,,, by Sony Corporation, Sony Corporation of America, Sony Electronics, Inc.. (Wilder, Raboteau) (Entered: 02/23/2007) |
| 02/23/2007 | 5 | CORPORATE Disclosure Statement by LG.Philips LCD America, Inc.. (Rikard, William) (Entered: 02/23/2007) |
| 02/23/2007 | 6 | STIPULATION *FOR EXTENSION OF TIME AND PROPOSED ORDER* by LG.Philips LCD America, Inc. (Rikard, William) (Entered: 02/23/2007) |
| 02/26/2007 | 7 | Miscellaneous Filing by Sanyo North America Corporation. re: 6 Stipulation *"Defendant Sanyo North America Corporation's Joinder to Stipulation for Extension of Time"* (Harden, Debbie) (Entered: |

| | | |
|---|---|---|
| | | 02/26/2007) |
| 02/26/2007 | 8 | ORDER granting 4 Motion for Extension of Time to Answer Sony Corporation answer due 4/27/2007; Sony Corporation of America answer due 4/27/2007; Sony Electronics, Inc. answer due 4/27/2007. Signed by Judge David Keesler on 2/26/07. (com) (Entered: 02/26/2007) |
| 02/28/2007 | 9 | NOTICE of Voluntary Dismissal *of Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc.* by Donna Jeanne Flanagan (Wyatt, James) (Entered: 02/28/2007) |
| 03/09/2007 | 10 | Corporate Disclosure Statement by Sanyo North America Corporation (Harden, Debbie) (Entered: 03/09/2007) |
| 03/12/2007 | 11 | Response to Transfer Motion filed before the Judicial Panel MDL, Re: MDL Number 1827, MDL Title: TFT-LCD Antitrust Litigation. Filed by Royal Data Services, Inc. (Attachments: (1) Notice of Appearance (2) Waiver of Oral Argument (3) Disclosure Statement# 4 Certificate of Service)(com) (Entered: 03/12/2007) |
| 03/16/2007 | 12 | NOTICE of Presentation or Waiver of Oral Argument (Crago Corporation CAND 06-7644) (com) (Entered: 03/19/2007) |
| 03/16/2007 | 13 | NOTICE of Presentation or Waiver of Oral Argument (Dr. Steven Martel CAND 06-7888) (com) (Entered: 03/19/2007) |
| 03/27/2007 | 14 | AFFIDAVIT of James F. Wyatt, III relating to service of the Defendants by Certified Mail by Donna Jeanne Flanagan (Attachments: # 1 Exhibit 1# 2 Exhibit 2 - part 1# 3 Exhibit 2 - part 2)(chh) (Entered: 03/29/2007) |
| 04/09/2007 | | Clerks Notice of Violation - Local Rule 73.1 as to LG.Philips LCD America, Inc., Donna Jeanne Flanagan, Sanyo North America Corporation. *This is your only notice - you will not receive a separate document.*(bsw) (Entered: 04/09/2007) |
| 04/09/2007 | 15 | ORDER on Stipulation for Extension of Time. Signed by Judge David Keesler on 4/6/07. (com) (Entered: 04/09/2007) |
| 05/14/2007 | 16 | MDL CONDITIONAL TRANSFER ORDER (com) (Entered: 05/15/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/12/2007 17:02:22 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00043 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |